**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENSHALL, | No. C 08-04723 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMPCO PARKING, INC., *et al.*, | |
| Defendants. | |

This action has been dismissed with prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/21/09

SUSAN ILLSTON
United States District Judge